IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAUREL FROMAN**                                                                                       **PLAINTIFF**

V.                              **CASE NO. 3:09CV00194 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's motion for extension of time to file a brief (docket entry #8) is GRANTED. The time is extended to, and including, April 30, 2010.

Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 1st day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE