IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAUREL FROMAN**                                                                                    **PLAINTIFF**

**V.**             **CASE NO. 3:09CV00194 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Laurel Froman.

DATED this 29th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE